## * * * * * UNITED STATES DISTRICT COURT * * * * *
### NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.   9:04cv607 (JKS/GHL)

**DETROY LIVINGSTON**

   Plaintiff(s),

v.

**R. LEE, Correction Officer; S. HURTEAU, C.O.; Mr. D. ABAIR, C.O.;
S. SALLS, Sergeant of DOCS; J. BOUYEA, C.O.**

   Defendant(s),

[x] **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury verdict rendered on November 1, 2007, that judgment be entered in favor of Plaintiff against Defendants Abair and Salls awarding Plaintiff $3,000.00 compensatory damages on Claim Two-Denial of Religious Meals. Plaintiff is also awarded $1,500.00 punitive damages from Defendant Abair and $500.00 punitive damages from Defendant Salls. IT IS FURTHER ORDERED that no cause of action was rendered as to Defendants Hurteau, Lee and Bouyea.

*[signature]*
Clerk of Court

**DATE: November 1, 2007**

**ENTERED ON DOCKET: November 5, 2007**

s/WILLIAM J. GRIFFIN

By: _____

DEPUTY CLERK